**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| FRANCISCO ALEXANDER GUERRERO CLAROS, a.k.a. Mauricio Martinez Garduno, <br><br> Petitioner, <br><br> v. <br><br> ERIC H. HOLDER, Jr., Attorney General, <br><br> Respondent. | No. 08-73716 <br><br> Agency No. A076-735-968 <br><br> MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted November 21, 2011[**]

Before:    TASHIMA, BERZON, and TALLMAN, Circuit Judges.

Francisco Alexander Guerrero Claros, a native and citizen of El Salvador,

petitions for review of the Board of Immigration Appeals' ("BIA") order denying

his motion to reopen. Our jurisdiction is governed by 8 U.S.C. § 1252. We review

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

for abuse of discretion the denial of a motion to reopen.  *Toufighi v. Mukasey*, 538 F.3d 988, 992 (9th Cir. 2008).  We deny the petition for review in part and dismiss it in part.

The BIA did not abuse its discretion in denying Guerrero Claros's motion to reopen because he failed to demonstrate the affidavits he submitted were previously unavailable.  *See* 8 C.F.R. § 1003.2(c)(1); *Goel v. Gonzales*, 490 F.3d 735, 738 (9th Cir. 2007).

We lack jurisdiction to address Guerrero Claros's challenge to the immigration judge's denial of asylum, withholding of removal, and CAT relief, because he failed to exhaust these issues before the BIA.  *See Barron v. Ashcroft*, 358 F.3d 674, 678 (9th Cir. 2004).

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**